UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SUSAN MALPHURS,

     Plaintiff,

v.

ACTIVE PRODUCTION &
DESIGN, INC.,

     Defendant.

CIVIL ACTION
NO. 1:17-CV-03303-CAP

## O R D E R

The parties filed a Joint Motion for Approval of Settlement Agreement
on December 13, 2018 [Doc. No. 36].  On January 3, 2019, the court ordered
the parties to amend their joint motion to include additional information
regarding the proposed settlement terms [Doc. No. 37].  The plaintiff filed a
supplemental motion in response to the court's order on January 3, 2019
[Doc. No. 38].

The court has reviewed the parties' joint motion, the proposed
settlement agreement, and the plaintiff's supplemental motion and finds that
the terms of the settlement agreement are fair and reasonable.  Therefore,
the parties' joint motion is GRANTED.

**SO ORDERED** this 7th day of January, 2019.


/s/CHARLES A. PANNELL, JR.
CHARLES A. PANNELL, JR.
United States District Judge